**Order entered March 19, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00110-CV

### PRASHANT PRABHULKAR, Appellant

### V.

### PROGRESSIVE AUTO INSURANCE, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03030-2018**

### ORDER

Before the Court is appellant's March 8, 2021 motion for leave asking this Court not to set this appeal for oral argument while he is out of the country. We **GRANT** the motion to the extent that this case will not be set for submission prior to April 22, 2021.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE